**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MORFORD, JEFFREY G | § Case No. 12-07391 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER                       , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/10/2013 in Courtroom 644, United States Courthouse, 219 S. Dearborn St.,  Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  11/27/2012          By:  /s/DEBORAH K. EBNER
                                                      Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MORFORD, JEFFREY G § Case No. 12-07391
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 18,449.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 18,449.00 |
| **Balance on hand:** | $ 18,449.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 18,449.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Deborah K. Ebner | 2,594.90 | 0.00 | 2,594.90 |
| Trustee, Expenses - Deborah K. Ebner | 4.35 | 0.00 | 4.35 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,599.25 |
| Remaining balance: | $ 15,849.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,849.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 15,849.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,836.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 61.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 14,003.74 | 0.00 | 8,590.70 |
| 2 | FIA CARD SERVICES, N.A. | 10,223.16 | 0.00 | 6,271.47 |
| 3 | Sallie Mae | 1,609.86 | 0.00 | 987.58 |

Total to be paid for timely general unsecured claims: $ 15,849.75
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                          Case No. 12-07391-PSH
Jeffrey G Morford                                               Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2                  Date Rcvd: Nov 28, 2012
                              Form ID: pdf006             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2012.
```
db         +Jeffrey G Morford,    1907 N. Sawyer Ave.,    Chicago, IL 60647-3731
18542130   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18693529   +Bank of America,    Pierce & Assc P.C.,    1 North Dearborn suite 1300,    Chicago,IL 60602-4321
18964748    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18542131   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18542132   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18542133   +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19010914    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18542134   +NCB Management Services Inc,    PO Box 1099,    Langhorne, PA 19047-6099
18542136   +Vanessa Morford,    1338 S. Oak Park Ave.,    Berwyn, IL 60402-1226
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18542135   +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 29 2012 05:04:04     NCO Financial,
             507 Prudential Rd.,    Horsham, PA 19044-2368
19066839   +E-mail/PDF: pa_dc_claims@salliemae.com Nov 29 2012 03:26:10      Sallie Mae,   c/o Sallie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18542129   ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2012**            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Nov 28, 2012
                              Form ID: pdf006             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2012 at the address(es) listed below:
          Andrew J Nelson   on behalf of Creditor  BANK OF AMERICA, N.A. anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Deborah Kanner Ebner   dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Joseph Davidson   on behalf of Debtor Jeffrey Morford NDILnotices@maceybankruptcylaw.com,
           courtnotice@maceybankruptcylaw.com;jdavidson@maceybankruptcylaw.com;bk@maceybankruptcylaw.com;G13
           96@notify.cincompass.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 4