# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MORFORD, JEFFREY G

Case No. 12-07391

Chapter   7

_____ ,

Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00
*(without deducting any secured claims)*

Assets Exempt:  $66,426.27

Total Distribution to Claimants:$15,849.75

Claims Discharged
Without Payment: $25,281.01

Total Expenses of Administration:$2,599.25

3) Total gross receipts of $   18,449.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2** ), yielded net receipts of  $18,449.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $132,923.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,599.25 | 2,599.25 | 2,599.25 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,238.00 | 25,836.76 | 25,836.76 | 15,849.75 |
| **TOTAL DISBURSEMENTS** | $174,161.00 | $28,436.01 | $28,436.01 | $18,449.00 |

4)  This case was originally filed under Chapter 7 on February 28, 2012. The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2013_____    By: /s/DEBORAH K. EBNER_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 interest in ex wife's worker comp settlement | 1129-000 | 18,449.00 |
| **TOTAL GROSS RECEIPTS** | | $18,449.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America, N.a. | 4110-000 | 8,876.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 4110-000 | 124,047.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $132,923.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 2,594.90 | 2,594.90 | 2,594.90 |
| Deborah K. Ebner | 2200-000 | N/A | 4.35 | 4.35 | 4.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,599.25 | $2,599.25 | $2,599.25 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Vanessa Morford | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 13,664.00 | 14,003.74 | 14,003.74 | 8,590.70 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 10,223.00 | 10,223.16 | 10,223.16 | 6,271.47 |
| 3 | Sallie Mae | 7100-000 | 2,057.00 | 1,609.86 | 1,609.86 | 987.58 |
| NOTFILED | NCO Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCB Management Services Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vanessa Morford | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 15,294.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,238.00 | $25,836.76 | $25,836.76 | $15,849.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-07391

Case Name: MORFORD, JEFFREY G

Period Ending: 03/03/13

Trustee: (330480) DEBORAH K. EBNER

Filed (f) or Converted (c): 02/28/12 (f)

§341(a) Meeting Date: 04/18/12

Claims Bar Date: 08/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 1338 S. Oak Park Ave., Be | 132,400.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Bank of America | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous used household goods and furnishin | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Personal used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401K | 59,726.27 | 0.00 | DA | 0.00 | FA |
| 6 | 2011 tax refund | 894.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1999 Chevrolet Venture with 130,000 miles | 2,555.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 interest in ex wife's worker comp settlement | Unknown | 0.00 | | 18,449.00 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$197,275.27** | **$0.00** | | **$18,449.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor has 1/3rd interest in real estate and 1/2 entitlement to ex-wife's work related injury

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):** November 27, 2012 (Actual)

Printed: 03/03/2013 04:21 PM    V.13.12

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-07391 |
| **Case Name:** | MORFORD, JEFFREY G |
| **Taxpayer ID #:** | **-***0280 |
| **Period Ending:** | 03/03/13 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******06-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/12 | {8} | Arnold Rubin. Ltd | divorce settlement | 1129-000 | ! 18,449.00 | | 18,449.00 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033048088<br>20130103 | 9999-000 | | 18,449.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 18,449.00 | 18,449.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 18,449.00 | |
| **Subtotal** | **18,449.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$18,449.00** | **$0.00** | |

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 12-07391 |
| Case Name: | MORFORD, JEFFREY G |
| Taxpayer ID #: | **-***0280 |
| Period Ending: | 03/03/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****759266 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,449.00 | | 18,449.00 |
| 01/10/13 | 10101 | Deborah K. Ebner | Dividend paid 100.00% on $2,594.90, Trustee Compensation;  Reference: | 2100-000 | | 2,594.90 | 15,854.10 |
| 01/10/13 | 10102 | Deborah K. Ebner | Dividend paid 100.00% on $4.35, Trustee Expenses;  Reference: | 2200-000 | | 4.35 | 15,849.75 |
| 01/10/13 | 10103 | Capital One Bank (USA), N.A. | Dividend paid  61.34% on $14,003.74; Claim# 1; Filed: $14,003.74; Reference: XXXXXXXXXXXX5856 | 7100-000 | | 8,590.70 | 7,259.05 |
| 01/10/13 | 10104 | FIA CARD SERVICES, N.A. | Dividend paid  61.34% on $10,223.16; Claim# 2; Filed: $10,223.16; Reference: XXXXXXXXXXXX2473 | 7100-000 | | 6,271.47 | 987.58 |
| 01/10/13 | 10105 | Sallie Mae | Dividend paid  61.34% on $1,609.86; Claim# 3; Filed: $1,609.86; Reference: XXXXXXXXXXXXXXXXXX0709 | 7100-000 | | 987.58 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 18,449.00 | 18,449.00 | **$0.00** |
| Less: Bank Transfers | 18,449.00 | 0.00 | |
| **Subtotal** | **0.00** | **18,449.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$18,449.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-*****06-66** | **18,449.00** | **0.00** | **0.00** |
| **Checking # ****759266** | **0.00** | **18,449.00** | **0.00** |
| | **$18,449.00** | **$18,449.00** | **$0.00** |